IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: BANKRUPTCY NO. 05-01260

BETH, INC.

    Debtors.
_____/

TRANSMITTAL OF UNCLAIMED FUNDS

Robert W. Trumble, Chapter 7 Trustee, reports the following:

1. Payment of the final distribution under 11 U.S.C. 1302 was previously made in this case. The below mentioned payments were returned marked undeliverable as address. Your Trustee has voided and/or stopped said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 31 | $4.97 | Jennifer L. Mitchell<br>58 Heiskell Avenue<br>Wheeling, WV 26003 |
| 5 | $71.78 | Donna M. Tipton<br>56960 Wegee Road<br>Shadyside, OH 43947 |

2. Your Trustee's check for the amount of $76.75, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Respectfully submitted this 28th day of July, 2010

    /s/ Robert W. Trumble
    Robert W. Trumble, Trustee
    275 Aikens Center
    Post Office Box 2509
    Martinsburg, WV 25402-2509
    (304) 264-4621